# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

SAMUEL E FULLER

    VS                                    CASE NO. 4:12-cv-00224-SPM-CAS

MICHAEL D CREWS

## REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on 2/22/2013 (document #19), and referred to Magistrate Judge Charles A. Stampelos on 2/22/2013.

Summary of motion/pleading: MOTION for Extension of Time to File a Reply to the Response to §2254 Habeas Petition, doc. 18.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

                                                s/ Judy Stone
                                                DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is **ORDERED** this 25th day of February, 2013, the requested relief is **GRANTED.** The time for filing a reply to the Respondent's response, doc. 18, is extended to April 10, 2013.

                                                S/ Charles A. Stampelos
                                              UNITED STATES MAGISTRATE JUDGE