IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SAMUEL E. FULLER,

    Petitioner,

v.                          CASE NO. 4:12-cv-224-RS-CJK

TIMOTHY H. CANNON,

    Respondent.
_____/

## ORDER

Before me are the December 3, 2014, Magistrate Judge's Report and Recommendation (Doc. 29) and Petitioner's Objection to Report and Recommendation (Doc. 30). I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Clerk shall change the docket to reflect that Timothy H. Cannon has been substituted as the respondent in this case.

3. The petition for writ of habeas corpus (doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Samuel Eugene Fuller*, Franklin County, Florida, Circuit Court Case Number 04-CF-202 is **DENIED**.

1. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

2. The clerk is directed to close the file.

**ORDERED** on December 30, 2014.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**